UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CR393 ERW/DDN |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN PALUCH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DIMISS FOR CONCEALMENT OR
<u>DESTRUCTION OF EVIDENCE</u>**

Pursuant to Federal Rule of Civil Procedure 16(d) and the Court's inherent power,

Defendant Brian Paluch respectfully requests that the Court dismiss this action because the

government has concealed or destroyed evidence critical to Paluch's defense.  In support of this

Motion, as is set forth in Paluch's Memorandum In Support Of Motion to Dismiss

For Concealment or Destruction of Evidence, the government has failed to produce a vast array

of emails from Paluch's email box at PARIC Corporation.  Such emails contain evidence going

to the core of Paluch's defenses.

WHEREFORE, Defendant Brian Paluch respectfully requests that the Court dismiss this

case and, in addition, grant whatever other or additional relief it deems appropriate.

Respectfully Submitted,

COSGROVE LAW GROUP, LLC

 /s/ David B. Cosgrove
David B. Cosgrove MO Bar # 40980
Daniel V. Conlisk MO Bar # 36544
Pierre Laclede Tower II
7733 Forsyth Blvd., Suite 1675
St. Louis, Missouri 63105
Telephone: (314) 563-2490
Facsimile: (314) 968-7371
E-mail:dcosgrove@cosgrovelawllc.com
          dconlisk@consgrovelawllc.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2015, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Missouri by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ David B. Cosgrove